In the Matter of the Claim of MARY ALSTON MILLER, Respondent, against UNITED PRESS ASSOCIATIONS and ÆTNA CASUALTY & SURETY CO., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits to the widow and infant son of the deceased employee made under the Workmen's Compensation Law. The decedent was employed as correspondent and general European news manager by the United Press Associations. He was stationed in London and fell from a train on his way from London to Cobham, sustaining injuries which resulted in his death. His work of obtaining news stories required him to be on duty and call twenty-four hours of each day during the week. On the day he sustained his injuries, he had been ordered from London, England, to Rome, Italy, and was on his way to his temporary home at Cobham where he kept a typewriter and portable radio in connection with his work. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of RUTH BARNHILL, Respondent, against HENRY STEERS, INC., and THE ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law for death benefits in favor of the widow of deceased. The decedent, John Barnhill, was employed as a captain of a scow moored at a pier in Brooklyn. He met death by drowning. The employer and insurance carrier contend that his death was due solely to intoxication. There is no competent or conclusive proof to sustain this contention. The accident was unwitnessed and the Industrial Board found that decedent's death arose out of and in the course of his employment. The evidence sustains such finding and the award should be affirmed, with costs to the State Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MARGARET B. MILLER, Respondent, against VAN RAALTE CO., INC., and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation. Claimant was employed in a factory where fabric and leather gloves were manufactured. An infection developed in one of her eyes. Previous to this time she had no trouble with her eyes. There is competent and credible evidence which indicates that fuzz from the materials which she used in her work was an irritant to the conjunctive of the eye, and that this was a competent producing cause of her condition. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.